United States District Court

Eastern District of California

Larry D. Ross,

        Petitioner,                  No. Civ. S 05-1705 MCE PAN P

   vs.                                 Order

Tom L. Carey, et al.,

        Respondents.

-oOo-

Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1 | Within 30 days from the day this order is signed petitioner
2 | may submit either the filing fee or the application required by
3 | section 1915(a). The clerk of the court is directed to mail to
4 | petitioner a form application for leave to proceed in forma
5 | pauperis. Failure to comply with this order will result in this
6 | file being closed.
7 | So ordered.
8 | Dated: August 30, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge