United States District Court

Eastern District of California

Larry D. Ross,

    Petitioner,  No. Civ. S 05-1705 MCE PAN P

  vs.  Order

Tom L. Carey, et al.,

    Respondents.

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner has paid the filing fee.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Petitioner may be entitled to relief.

1   I therefore direct respondent to respond to petitioner's
2   application within 60 days from the date of this order.  <u>See</u> Rule
3   4, Fed. R. Governing § 2254 Cases.  An answer shall be
4   accompanied by any and all transcripts or other documents
5   relevant to the determination of the issues presented in the
6   application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.
7   Petitioner's reply, if any, shall be filed and served within 30
8   days of service of an answer.  If the response to petitioner's
9   application is a motion, petitioner's opposition or statement of
10  non-opposition shall be filed and served within 30 days of
11  service of the motion, and respondents' reply, if any, shall be
12  filed within 15 days thereafter.  The Clerk of the Court shall
13  serve a copy of this order together with a copy of petitioner's
14  August 24, 2005, petition for a writ of habeas corpus pursuant to
15  28 U.S.C. § 2254 on Jo Graves, Attorney General for the State of
16  California.
17          Dated:  October 18, 2005.

                                    /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge

2