United States District Court

Eastern District of California

Larry D. Ross,

     Petitioner,                  No. Civ. S 05-1705 MCE PAN P

  vs.                          Order

Tom L. Carey, et al.,

     Respondents.

-oOo-

    February 6, 2006, respondent requested an extension of time to respond to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  February 9, 2006.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge